USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/30/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL,

        Plaintiff,

-against-

SAVE RITE MEDICAL.COM, LLC,

        Defendant.

23-CV-3675 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, the discovery schedule is EXTENDED as follows:

1. Plaintiff shall serve her expert report no later than **December 21, 2023**;

2. Defendant shall serve its expert report no later than **January 12, 2024**;

3. Expert depositions, and any remaining expert discovery, shall be completed no later than **January 31, 2024**.

Dated: New York, New York
       November 30, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**